AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

HAROLD MORITZ, et al.,

      Plaintiffs,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:08-cv-00519-RCJ-VPC**

Nick Mark Andrews, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss (#16) is **GRANTED**.
**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Amend (#37) is **DENIED.**

| | |
|---|---|
| March 4, 2010 | **LANCE S. WILSON** |
| | Clerk |
| | |
| | /s/ D. R. Morgan |
| | Deputy Clerk |